**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA EUFEMIA YOC-PIRIR, | No. 08-72930 |
| Petitioner, | Agency No. A070-642-599 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Maria Eufemia Yoc-Pirir, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to reconsider, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

In her opening brief, Yoc-Pirir fails to address, and therefore has waived any challenge to, the agency's denial of her motion to reconsider as number–barred under 8 C.F.R. § 1003.2(b)(2). *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

Yoc-Pirir's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**